SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
MICHAEL HARRIS

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL HARRIS,<br><br>Plaintiff,<br><br>vs.<br><br>DETROIT AUTO BODY, INC.; LEAD REAL ESTATE LLC; and DOES 1 to 10,<br><br>Defendants. | Case No.: 2:25-cv-03820-SPG (ADSx)<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff MICHAEL HARRIS ("Plaintiff") and Defendants DETROIT AUTO BODY, INC. and LEAD REAL ESTATE LLC stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

\\
\\
\\
\\
\\

Respectfully submitted,

DATED: July 15, 2025         SO. CAL. EQUAL ACCESS GROUP

                             By:  /s/ Jason J. Kim
                                  Jason J. Kim
                                  Attorneys for Plaintiff

DATED: July 15, 2025         HILL, FARRER & BURRILL LLP

                             By:  /s/ Michael K. Collins
                                  Michael K. Collins, Esq.
                                  Attorneys for Defendants
                                  DETROIT AUTO BODY, INC. and LEAD
                                  REAL ESTATE LLC

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: July 15, 2025              By: /s/ Jason J. Kim
                                      Jason J. Kim